## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

RONALD C. GREENLAND,

                Petitioner,

     v.                                                20 **CIVIL** 8303 (KMK)

UNITED STATES OF AMERICA,

                Respondent.

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                  17 **CR** 65 (KMK)

     V.                                                **JUDGMENT**

RONALD C. GREENLAND,

                Defendant.

-------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 4, 2025, the Court concludes that a hearing is not warranted and the Petitions are dismissed with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 11112 (2d Cir. 2000), and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962) (We consider a defendants good faith... demonstrated when he seeks appellate review of any issue not frivolous.); Burda Media Inc. v. Blumenberg, 731 F. Supp. 2d

321, 32223 (S.D.N.Y. 2010) (citing Coppedge and finding that an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith). Judgment isa entered for the Government in Case No. 20-CV-8303; accordingly, the case No. 20-CV-8303 is closed.

**Dated:** New York, New York
September 4, 2025

.

                                            **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                               **BY:**      *K. Mango*
                                            **Deputy Clerk**